# APPENDIX OF PHOTOGRAPHS



Figure 1: Balt Optima outer box



Figure 2: Balt Optima pouch removed from outer box



IFU-010 rev. C **English**
Revised 2018-01

### Optima Coil System

#### Instructions For Use

**Carefully read all instructions prior to use.  Observe all warnings and cautions noted throughout these Instructions For Use (IFU). Failure to do so may result in complications.**

#### CAUTIONS
**Federal law (USA) restricts this device to sale, distribution, and use by or on the order of a physician.**
**This device should be used only by physicians who have received appropriate training in neurovascular or peripheral vascular interventional technique and preclinical training on the use of this device.**

#### DEVICE DESCRIPTION
The Optima Coil System consists of an implantable embolization coil comprised of a platinum-tungsten alloy attached to a proximal stainless steel hypo-tube and distal body coil delivery pusher with a radiopaque distal positioning marker and a proximal fluorosafe marker.  The Optima Coil System is available in 7 different configurations:

- Complex – 10 Standard
- Complex – 10 Soft
- Complex – 10 Super Soft
- Helical – 10 Standard
- Helical – 10 Soft
- Helical – 10 Super Soft
- Complex – 18

The Optima Coil delivery pusher is 185cm in length.  It is designed for use with the XCEL Detachment Controller. The XCEL Detachment Controller comes pre-loaded batteries and is a sterile, handheld, single-patient-use device which should not to be reused, re-sterilized, opened or tampered with. The Optima Coil System and XCEL Detachment Controller(s) are sold separately. The Optima Coil achieves detachment by an internal heater element, which is powered by the XCEL Detachment Controller.

#### DEVICE COMPATIBILITY (*not included)
The following devices are required for use with the Optima Coil System:
- The XCEL Detachment Controller
- A delivery microcatheter with a minimum inside diameter (ID) of 0.0165in. with **two** Radiopaque (RO) marker bands*

#### OTHER REQUIRED ADDITIONAL DEVICES (*not included)
- Microcatheter* (see above)
- Guidewires compatible with microcatheter*
- Guide catheters compatible with microcatheter*
- Rotating hemostatic valves (RHV)*
- One-way stopcocks*
- Three-way stopcocks*
- Continuous sterile saline and heparin flush set*
- Femoral Sheath*

#### INTENDED USE
The Optima Coil System is intended for use in the peripheral and neuro-vasculature to endovascularly obstruct or occlude blood flow in vascular abnormalities of the neurovascular and peripheral vessels.

1

Figure 3: Balt Optima IFU manual contained in outer box



Figure 4: Balt Optima in packaging hoop after opening pouch and partly removing hoop



Figure 5: Balt Optima packaging hoop removed from pouch

Figure 5a: Optima delivery system

Figure 6: Optima with delivery system partially removed from packaging hoop



Figure 6b: Optimal delivery pusher proximal end



Figure 7: Optima implant delivery system removed from packaging hoop

Figure 7a: Optima implant embolic coil

Figure 7b: Optima delivery pusher proximal end



Figure 8c: Implant embolic coil distal end

Figure 8: Implant embolic coil close-up

Figure 8a: Implant embolic coil proximal end

Figure 8b: Delivery pusher distal end



Figure 9: Embolic coil distal end

Figure 9a: Adhesive ball at distal tip of implant

Figure 9b: Monofilament tether knotted and wrapped around distal end of implant

Figure 9c: Monofilament tether passing through lumen of implant coil



Figure 10b: Embolic coil

Figure 10a: Proximal end of implant

Figure 10: Close-up of proximal end of implant embolic coil attached to distal end of delivery pusher

Figure 10d: Distal end of delivery pusher

Figure 10c: Monofilament tether connecting implant embolic coil to delivery pusher

Figure 11a: Proximal end of implant coil



Figure 11: Monofilament tether wrapped around proximal end of implant coil



Figure 12c: Monofilament tether passing through inner lumen of resistive heater coil loops

Figure 12: Distal end of delivery pusher showing resistive heater coil section

Figure 12b: Second electrical lead wire (yellow) soldered to proximal end of heater coil loops

Figure 12a: First electrical lead wire (green) soldered to distal end of heater coil loops



Figure 13a: Electrically resistive heater coil between solder joints ~0.021" total length

[6]0.02100in

[3]0.00109in

[5]0.01399in

[1]0.00520in

[2]0.00805in

[4]0.00109in

[1]0.00216in

Figure 13: Distal end of pusher delivery system with dimensional analysis of heater coil

Figure 13b: First section of heater coil loops - Outer diameter (OD) ~ 0.008", coil diameter ~ 0.0011", inner diameter (ID) approx. ~0.006"

Figure 13c: Second section of heater coil loops – OD ~0.005", coil diameter ~0.0011", ID ~0.0028"

Figure 13d: Monofilament tether ~0.0022" OD passing through second section of heater coil loops



Figure 14: Close-up of resistive heater coil section

Figure 14a: Monofilament tether passing through inner lumen of resistive heater coil loops



Figure 15: Monofilament tether exit location ~5 cm from distal end of delivery pusher



Figure 16: Proximal end of monofilament tether exiting delivery pusher

Figure 16c: First electrical lead wire (green) passing through lumen of delivery pusher

Figure 16a: Knot in distal end of monofilament tether attaching implant coil to delivery pusher

Figure 16b: Second electrical lead wire (yellow) passing through lumen of delivery pusher

Figure 17: Stretch resistant member attachment points

Figure 17a: First attachment point near distal end of implant coil.



Figure 17c: Third attachment point near distal end of delivery device

Figure 17b: Second attachment point near proximal end of implant coil

Figure 18: Proximal electrical connector of delivery pusher

Figure 18a: First conductive core member with externally exposed portion

Figure 18b: Second conductive member with exposed gold plating layer



Figure 19: Electrical connector construction

Figure 19a: First electrical lead wire (green) soldered to conductive gold plating

Figure 19b: Electrical insulation layer separating first and second conductive members

Figure 20: Proximal end of delivery pusher



Figure 20a: Insulating layer between gold plated connector and second electrically conductive lead wire (yellow)

Figure 20b: Second electrical lead wire (yellow) electrically connected to steel hypotube to form DC circuit



Figure 21: Balt XCEL detachment controller top and bottom





Figure 22a: XCEL detachment controller front

Figure 22b: XCEL detachment controller with proximal end of delivery system inserted per IFU



Figure 23: XCEL detachment controller with cover removed

Figure 23a: Power source, 3 batteries



Figure 24: XCEL detachment controller with white funnel removed showing 3 contacts on circuit board designed to connect electrical contacts on Optima delivery system to power source

Figure 24a: 3 electrical contacts

Figure 25: Additional evidence of pre-tension.  Monofilament has rebounded approximately 0.09 inches (0.23 cm) after detachment indicating it was under tension at the time of detachment



Figure 25a: Proximal end of monofilament tether severed by heat during detachment, rebound 0.0872" from distal end of delivery system indicating system was pre-tensioned

Figure 26: Proximal end of coil implant after detachment



Figure 26a: End of polymer monofilament degraded by heat, causing it to detach from delivery system



[2]0.002265in

[1]0.003302in

Figure 27: Proximal end of implant showing polymer link after detachment

Figure 27a: End of polymer link after detachment from delivery system showing heat degradation