# EXHIBIT F

K 123358

MAR 2 8 2013

### 6. 510(k) Summary

This 510(k) summary of safety and effectiveness information is being submitted in accordance with the requirements of SMDA 1990 and 21 CFR 807.92.

| | |
|---|---|
| **APPLICANT:** | Blockade Medical |
| **DATE PREPARED:** | March 19, 2013 |
| **CONTACT PERSON:** | Rebecca K Pine<br>Blockade Medical<br>18 Technology Dr.<br>Suite 169<br>Irvine, CA 92618<br>Phone: (760) 809.5178 |
| **TRADE NAME:** | Barricade Embolization Coil System |
| **COMMON NAME:** | Neurovascular embolization device |
| **CLASSIFICATION NAME:** | Neurovascular embolization device |
| **DEVICE CLASSIFICATION:** | Class 2, per 21 CFR 882.5950 |
| **PRODUCT CODE** | HCG |
| **PREDICATE DEVICES:** | Guglielmi Detachable Coils- GDC 360° (K103355, K093142)<br>Hydrocoil Embolic System (K120908)<br>Microplex Coil System (K093358) |

**Substantially Equivalent To:**

The Barricade Embolization Coil System is substantially equivalent in intended use, principal of operation and technological characteristics to the Guglielmi Detachable Coils (K103355) the Microplex Coil System (K093358) and the Hydrocoil Embolic System (K120908).

**Description of the Device Subject to Premarket Notification:**

The Barricade Embolization Coil System (BCS) is a series specialized coils that are inserted into the vasculature under angiographic visualization to embolize intracranial aneurysms and other vascular anomalies. The system consists of an embolization coil implant comprised of platinum/tungsten, affixed to a delivery pusher with an introducer sheath to facilitate insertion into the hub of a microcatheter. The system is available in various shapes, lengths and sizes. The devices are to be placed into aneurysms to create blood stasis, reducing flow into the aneurysm and thrombosing the aneurysm. Upon

Section 6                                                510(k) Summary

positioning coils into the aneurysm, the coils are electrolytically detached from the delivery pusher in serial manner until the aneurysm is occluded.

**Indication for Use:**
The Barricade Coil System is intended for the endovascular embolization of intracranial aneurysms and other neurovascular abnormalities such as arteriovenous malformations and arteriovenous fistulae. The Barricade Coil System is also intended for vascular occlusion of blood vessels within the neurovascular system to permanently obstruct blood flow to an aneurysm or other vascular malformation and for arterial and venous embolizations in the peripheral vasculature.

**Technical Characteristics:**
The Barricade Embolization Coil System has similar physical and technical characteristics to the predicate devices as outlined in the table below:

|  | Barricade Embolization Coil System | GDC 360° (K103355, K093142) | Hydrocoil Embolic System (K120908) | Microplex Coil System (K093358) |
|---|---|---|---|---|
|  | Facilitates endovascular embolization of intracranial aneurysms and other vascular abnormalities | SAME | SAME | SAME |
| Primary Coil Diameter | 0.010"-0.014" | 0.010"-0.015" | 0.008"-0.015" | 0.0095"-0.015" |
| Coil Secondary diameter | 1.5mm – 15mm | 1.5mm – 25mm | 2mm-24mm | 2-24mm |
| Coil Wire Diameter | 0.00125"-0.003" | Unknown | 0.002"-0.004" | 0.00125"-0.004" |
| Secondary Shapes | Complex/Helical | Complex/Helical | Helical | Complex/Helical |
| Coil Types | Framing, Filling, Finishing | Framing, Filling, Finishing | Framing, Filling, Finishing | Framing, Filling, Finishing |
| Coil length | 1cm – 40cm | 1cm – 50cm | 2cm-50cm | 2-68cm |
| Main Coil Material | Platinum/Tungsten alloy | Platinum/Tungsten alloy | Platinum/Tungsten alloy | Platinum/Tungsten alloy |
| Coil delivery | Stainless steel wire/pusher | Stainless steel wire/pusher | Stainless steel wire/pusher | Stainless steel wire/pusher |
| Coil detachment | Electrolytic | Electrolytic | Thermo-mechanical | Thermo-mechanical |
| Detachment equipment | Detachment Control Power Supply, ED2-BL | Boston Scientific Detachable Coil Power Supply or InZone Detachment System | V-Grip Detachment Controller | V-Grip Detachment Controller |
| Method of supply (coil/delivery system) | Sterile, single use | Sterile, single use | Sterile, single use | Sterile, single use |

Section 6                                                      510(k) Summary

**Performance Data:**

All necessary verification and validation testing has been performed for the Barricade Embolization Coil System to assure substantial equivalence to the predicate devices and demonstrate the device performs as intended. All testing was performed on test units representative of finished devices. Comparative simulated use testing demonstrated that the Barricade Embolization Coil System is substantially equivalent to the predicate devices. Testing included:

- Visual inspection
- Dimensional measurement
- Simulated Use
  - Introduction
  - Tracking
  - Reposition/deployment
  - Detachment
  - Overall Performance
- Detachment Zone tensile
- Stretch Resistance tensile
- Corrosion resistance
- MR compatibility

Biocompatibility and animal testing was performed as follows:

| Test | Results | Conclusions |
|------|---------|-------------|
| Cytotoxicity Testing - Neutral Red Uptake (NRU)/MEM (implant) | 97% cell viability | Non-cytotoxic |
| Sensitization Testing - Kligman Maximization (implant) | No reaction | Non-sensitizing |
| Intracutaneous Reactivity (implant) | No significant greater biological reaction than the controls | Non-irritant |
| Hemolysis (implant) | < 2% hemolysis | Non-hemolytic |
| Prothrombin Time (implant) | Normal range (10-14sec) | No adverse effect on prothrombin coagulation time |
| Complement Activation (implant) | No increase observed compared to controls | Does not induce complement activation. |
| Acute Systemic Toxicity (implant) | Did not induce a significantly greater reaction than controls | Non-toxic |
| Materials Mediated Pyrogen (implant) | No individual temperature increase of $\geq 0.5°C$ | Non-pyrogenic |
| Ames Assay (implant) | No significant increase in the number of revertant colonies compared to controls | Not considered mutagenic |
| Mouse Lymphoma (implant) | No significant increase in mutant frequency | Non-mutagenic |
| Micronucleus Assay | No statistical increase in | Non-mutagenic (non-genotoxic, |

Section 6                                                          510(k) Summary

| Test | Results | Conclusions |
|------|---------|-------------|
| w/confirmation (implant) | micronucleated erythrocytes compared to controls | non-clastogenic) |
| Implantation, intramuscular (implant) | Bioreactivity rating 3.6 | Non-reactive |
| Systemic Toxicity, 90 day (implant) | The test article did not appear to demonstrate local or systemic signs of toxicity | Non-toxic |
| Cytotoxicity- MEM Elution (delivery system) | < Grade 2 | Non-cytotoxic |
| Sensitization- Murine Local Lymph Node Assay (delivery system) | Stimulation Indices calculated < 3.0. | Not considered to be sensitizing |
| ISO Intracutaneous Study (delivery system) | Mean score difference from control $\leq 1.0$. | Non irritant |
| ISO Systemic Toxicity Study (delivery system) | No mortality or systemic toxicity observed. | Non-toxic |
| Hemolysis (delivery system) | Mean hemolytic index was 0% | Non-hemolytic |
| Materials Mediated Pyrogen (delivery system) | No individual temperature increase of $\geq 0.5°C$ | Non-pyrogenic |
| Acute Animal Studies | BCS product provided angiographic occlusion immediately following treatment | |

**Basis for Determination of Substantial Equivalence:**
Upon reviewing the safety and efficacy information provided in this submission and comparing intended use, principle of operation and overall technological characteristics, the Barricade Embolization Coil System is determined by Blockade Medical, to be substantially equivalent to existing legally marketed devices.



**DEPARTMENT OF HEALTH & HUMAN SERVICES**          Public Health Service

March 28, 2013

Food and Drug Administration
10903 New Hampshire Avenue
Document Control Center – WO66-G609
Silver Spring, MD 20993-0002

Blockade Medical
Ms. Rebecca K Pine
Regulatory Affairs
18 Technology Dr. Suite 169
Irvine, CA 92618

Re: K123338
   Trade/Device Name: Barricade Embolization Coil System
   Regulation Number: 21 CFR 882.5950
   Regulation Name: Neurovascular Embolization Device
   Regulatory Class: Class II
   Product Code: HCG
   Dated: February 8, 2013
   Received: February 11, 2013

Dear Ms. Pine:

We have reviewed your Section 510(k) premarket notification of intent to market the device
referenced above and have determined the device is substantially equivalent (for the indications
for use stated in the enclosure) to legally marketed predicate devices marketed in interstate
commerce prior to May 28, 1976, the enactment date of the Medical Device Amendments, or to
devices that have been reclassified in accordance with the provisions of the Federal Food, Drug,
and Cosmetic Act (Act) that do not require approval of a premarket approval application (PMA).
You may, therefore, market the device, subject to the general controls provisions of the Act. The
general controls provisions of the Act include requirements for annual registration, listing of
devices, good manufacturing practice, labeling, and prohibitions against misbranding and
adulteration. Please note: CDRH does not evaluate information related to contract liability
warranties. We remind you; however, that device labeling must be truthful and not misleading.

If your device is classified (see above) into either class II (Special Controls) or class III (PMA),
it may be subject to additional controls. Existing major regulations affecting your device can be
found in the Code of Federal Regulations, Title 21, Parts 800 to 898. In addition, FDA may
publish further announcements concerning your device in the Federal Register.

Please be advised that FDA's issuance of a substantial equivalence determination does not mean
that FDA has made a determination that your device complies with other requirements of the Act
or any Federal statutes and regulations administered by other Federal agencies. You must
comply with all the Act's requirements, including, but not limited to: registration and listing (21
CFR Part 807); labeling (21 CFR Part 801); medical device reporting (reporting of medical
device-related adverse events) (21 CFR 803); good manufacturing practice requirements as set

Page 2 – Ms. Rebecca K. Pine

forth in the quality systems (QS) regulation (21 CFR Part 820); and if applicable, the electronic product radiation control provisions (Sections 531-542 of the Act); 21 CFR 1000-1050.

If you desire specific advice for your device on our labeling regulation (21 CFR Part 801), please go to http://www.fda.gov/AboutFDA/CentersOffices/CDRH/CDRHOffices/ucm115809.htm for the Center for Devices and Radiological Health's (CDRH's) Office of Compliance. Also, please note the regulation entitled, "Misbranding by reference to premarket notification" (21CFR Part 807.97). For questions regarding the reporting of adverse events under the MDR regulation (21 CFR Part 803), please go to http://www.fda.gov/MedicalDevices/Safety/ReportaProblem/default.htm for the CDRH's Office of Surveillance and Biometrics/Division of Postmarket Surveillance.

You may obtain other general information on your responsibilities under the Act from the Division of Small Manufacturers, International and Consumer Assistance at its toll-free number (800) 638-2041 or (301) 796-7100 or at its Internet address http://www.fda.gov/MedicalDevices/ResourcesforYou/Industry/default.htm.

Sincerely yours,



Victor Krauthamer, Ph.D.
Acting Director
Division of Neurological
    and Physical Medicine Devices
Office of Device Evaluation
Center for Devices and Radiological Health

Enclosure

<u>**Section 5**</u>                                                      <u>**Indications for Use Statement**</u>

5.   **Indications for Use Statement**


### INDICATIONS FOR USE STATEMENT


510(k) Number (if known): <u>K123338</u>

Device Name:   **Barricade Embolization Coil System**

Indications for Use:

The Barricade Coil System is intended for the endovascular embolization of intracranial aneurysms and other neurovascular abnormalities such as arteriovenous malformations and arteriovenous fistulae. The Barricade Coil System is also intended for vascular occlusion of blood vessels within the neurovascular system to permanently obstruct blood flow to an aneurysm or other vascular malformation and for arterial and venous embolizations in the peripheral vasculature.


AND/OR

Prescription Use <u>  X  </u>                              Over-The-Counter Use<u>_____</u>
(Part 21 CFR 801 Subpart D)                     (21 CFR 801 Subpart C)


**(PLEASE DO NOT WRITE BELOW THIS LINE - CONTINUE ON ANOTHER PAGE IF NEEDED)**

**Concurrence of CDRH, Office of Device Evaluation (ODE)**


Victor Krauthamer -S
2013.03.28 12:07:28 -04'00'
<u>_____</u>
(Division Sign-Off)
Division of Neurological and
 Physical Medicine Devices


510(k) Number <u>K123338</u>

Page ___ of ___