# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. 8:19-cv-01335-JLS-KESx                          Date: October 30, 2019

Title: MICROVENTION, INC. v. BALT USA, LLC

PRESENT:

THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE

| Jazmin Dorado | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**   **ORDER re ESI Discovery Protocol (Dkt. 25)**

    On October 11, 2019, the parties filed a request that the Court enter their proposed Stipulated Order Governing the Discovery of Electronically Stored Information. (Dkt. 25.) While the Court commends the parties for negotiating in detail how they will conduct electronic discovery, the Court declines presently to give this protocol the force of a court order. The Court nevertheless expects the parties to follow their agreed-upon procedures, and they may raise failure to do so in discovery-related motions.

Initials of Deputy Clerk JD