UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MICROVENTION, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BALT USA, LLC, a Delaware Limited Liability Company,<br><br>Defendant.<br><hr>AND RELATED COUNTERCLAIMS | Case No. 8:19-cv-01335-JLS-KES<br><br>**ORDER DISMISSING CLAIMS AND COUNTERCLAIMS REGARDING U.S. PATENT NO. 9,717,500**<br><br>Hon. Josephine L. Staton |

| | |
|---|---|
| 1 | The Court, having considered the "Joint Stipulation [and Proposed Order] for Dismissal Regarding U.S. Patent No. 9,717,500" filed by Plaintiff MicroVention, Inc. ("Plaintiff") and Defendant Balt USA, LLC ("Defendant"), hereby **ORDERS** as follows: |

The Court, having considered the "Joint Stipulation [and Proposed Order] for Dismissal Regarding U.S. Patent No. 9,717,500" filed by Plaintiff MicroVention, Inc. ("Plaintiff") and Defendant Balt USA, LLC ("Defendant"), hereby **ORDERS** as follows:

Plaintiff's pending claim of infringement with respect to U.S. Patent No. 9,717,500 against Defendant is hereby dismissed **WITH PREJUDICE**;

Defendant's pending counterclaims of non-infringement and invalidity with respect to the U.S. Patent No. 9,717,500 are hereby dismissed **WITHOUT PREJUDICE**; and

The dismissal of the claim for infringement is only with respect to U.S. Patent No. 9,717,500, and shall not impact Plaintiff's claims for infringement as to any other patent including without limitation the pending claims for infringement of U.S. Patent Nos. 8,182,506, 9,414,819, and 10,076,338.

Each party shall bear its own fees and costs in connection with Plaintiff's assertion of U.S. Patent No. 9,717,500 in this action.

**IT IS SO ORDERED.**

Dated: November 04, 2019

_____
Honorable Josephine L. Staton
United States District Judge