Sheila N. Swaroop (SBN 203,476)
Sheila.Swaroop@knobbe.com
William O. Adams (SBN 259,001)
William.adams@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Nicholas A. Belair (SBN 295,380)
Nicholas.Belair@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
333 Bush Street, 21st Floor
San Francisco, CA 94104
Phone: (415) 954-4114
Facsimile: (415) 954-4111

Alexander D. Zeng (SBN 317,234)
Alexander.zeng@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
1925 Century Park East, Suite 600
Los Angeles, CA 90067
Phone: (310) 551-3450
Facsimile: (310) 551-3458

Attorneys for Defendant,
Balt USA, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MICROVENTION, INC., | ) Civil Action No. |
| Plaintiff, | ) 8:19-cv-01335-JLS (KESx) ) |
| v. | ) **DEFENDANT AND** |
| BALT USA, LLC, | ) **COUNTERCLAIMANT BALT** ) **USA, LLC's NOTICE OF** |
| Defendant. | ) **PENDENCY OF OTHER** ) **ACTIONS OR PROCEEDINGS** ) |
| | ) [C.D. Cal. Civil L.R. 83-1.4] ) |
| AND RELATED COUNTERCLAIMS | ) ) |

Plaintiff and Counterclaim-Defendant MicroVention, Inc. ("MicroVention") has accused Defendant and Counterclaimant Balt USA, LLC ("Balt") of infringing U.S. Patent Nos. 8,182,506 ("the '506 patent"), 9,414,819 ("the '819 patent"), and 10,076,338 ("the '338 patent") in this action. On July 8, 2020, Balt filed a Petition for *Inter Partes* Review ("IPR") of the '338 patent with the Patent Trial and Appeal Board of the U.S. Patent and Trademark Office on July 8, 2020 (see Exhibit A hereto). The IPR was accorded its filing date on July 24, 2020 (see Exhibit B hereto). Pursuant to C.D. Cal. Civil L.R. 83-1.4, Balt hereby provides notice to the Court of its IPR Petition challenging all claims of the '338 patent, which encompasses claims 1-4, and 7-9 of the '338 patent that have been asserted in this action.

Pursuant to Local Rule 83-1.4.2, Balt provides the following information about its IPR Petition:

**(a) A description sufficient to identify all other actions or proceedings**

The related proceeding that is the subject of the instant Notice is captioned as *Balt USA, LLC v. MicroVention, Inc.*, IPR2020-01259 (P.T.A.B.).

**(b) The title of the court or administrative body in which the other actions or proceedings are pending**

Balt's IPR Petition was filed with the Patent Trial and Appeal Board of the U.S. Patent and Trademark Office.

**(c) The names of the parties or participants in such other actions or proceedings**

Balt will participate in IPR2020-01259 as the Petitioner. MicroVention will participate in IPR2020-01259 as the Patent Owner.

(d) **The names, addresses and telephone numbers of the attorneys in such other actions or proceedings**

Balt is represented in IPR2020-01259 by Sheila N. Swaroop, William O. Adams and Alexander Zeng, each of whom are counsel of record in this case.

- Sheila N. Swaroop (SBN 203,476)
  Knobbe, Martens, Olson & Bear, LLP
  2040 Main Street, 14th Floor
  Irvine, CA  92614
  Phone: (949) 721-7646
  Facsimile: (949) 760-9502
  Sheila.Swaroop@knobbe.com

- William O. Adams (SBN 259,001)
  Knobbe, Martens, Olson & Bear, LLP
  2040 Main Street, 14th Floor
  Irvine, CA  92614
  Phone: (949) 721-7619
  Facsimile: (949) 760-9502
  William.Adams@knobbe.com

- Alexander D. Zeng (SBN 317,234)
  Knobbe, Martens, Olson & Bear, LLP
  1925 Century Park East, Suite 600
  Los Angeles, CA 90067
  Phone: (310) 601-1261
  Facsimile: (310) 551-3458
  Alexander.Zeng@knobbe.com

**(e) A brief factual statement setting forth the basis for the attorneys' belief that the action involves all or a material part of the subject matter of such other actions or proceedings**

In IPR2020-01259, Balt has petitioned the PTAB to review the patentability (*i.e.,* validity) of claims 1-10 of the '338 patent. Since the '338 patent is one of the three patents asserted in this patent infringement lawsuit, and because the validity of the asserted claims 1-4, and 7-9 of the '338 patent is at issue in this action, this action involves "a material part of the subject matter of" the IPR proceeding.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: July 30, 2020         By: */s/ Sheila N. Swaroop*
                                Sheila N. Swaroop
                                William O. Adams
                                Nicholas A. Belair
                                Alexander D. Zeng

                                Attorneys for Defendant/Counterclaimant,
                                Balt USA, LLC

33230846

- 3 -