Douglas E. Lumish (SBN 183863)
  doug.lumish@lw.com
Jeffrey G. Homrig (SBN 215890)
  jeff.homrig@lw.com
Patricia Young (SBN 291265)
  patricia.young@lw.com
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, California 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600

Michael Morin (*admitted pro hac vice*)
  michael.morin@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201

Joseph Lee (SBN 248046)
  joseph.lee@lw.com
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626-1925
Telephone (714) 540-1235
Facsimile: (714) 755-8290

*Attorneys for Defendant, Balt USA, LLC*

Evan Finkel (SBN 100673)
evan.finkel@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
725 South Figueroa Street, 36th Floor
Los Angeles, CA 90017
Tel: 213.488.7100/Fax: 213.629.1033

Callie A. Bjurstrom (SBN 137816)
callie.bjurstrom@pillsburylaw.com
Michelle A. Herrera (SBN 209842)
michelle.herrera@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
11682 El Camino Real, Suite 200
San Diego, CA 92130
Tel: 858.509.4000/Fax: 619.819.4363

Yuri Mikulka
Alston and Bird LLP
333 South Hope Street, 16th Floor
Los Angeles, CA 90071
213-576-1026
Fax: 213-576-1100
Email: yuri.mikulka@alston.com

*Attorneys for Plaintiff MICROVENTION, INC.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICROVENTION, INC., <br><br> Plaintiff, <br><br> v. <br><br> BALT USA, LLC, <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS | Case No. 8:19-cv-01335-JLS-KES <br><br> **JOINT NOTICE OF SETTLEMENT AND REQUEST TO CONTINUE JURY TRIAL AND STAY THE ACTION** <br><br> Hon. Josephine L. Staton <br><br> Trial: December 5, 2023 |

Pursuant to Fed. R. Civ. P. 40 and L.R. 40, Plaintiff MicroVention, Inc. ("MVI") and Defendant Balt USA, LLC ("Balt") (together, the "Parties") respectfully submit this joint notice of settlement and, for good cause shown, request to stay this action and continue for forty-five (45) days the jury trial currently scheduled to commence on December 5, 2023.

Good cause supports the requested stay and continuance. After a November 14, 2023 mediation with the Honorable Suzanne Segal (Ret.) and extensive negotiations that followed, the Parties today reached agreement on all key terms to settle all of their matters in controversy in this action. Balt's CEO and executive management have agreed to these terms and are in the process of obtaining formal approval from Balt's Board of Directors, which approval they expect to obtain by Monday, December 4 or Tuesday December 5, 2023 at the latest. Upon obtaining that approval, the Parties shall execute a binding term sheet that is already drafted and which memorializes the agreed upon key terms of the settlement, after which the Parties shall proceed to finalize a Definitive Agreement to include the key terms and other terms as the Parties shall negotiate and agree to. Within three days of the Parties' execution of the Definitive Agreement, the Parties shall dismiss with prejudice their claims, counterclaims, and defenses against each other in this action.

Continuance of the jury trial in this action will allow Balt to obtain Board approval of the Parties' binding term sheet, the Parties to focus on the preparation of the Definitive Agreement instead of preparing for trial, and the Court, jury members, and the Parties to avoid needless expense and the waste of resources associated with preparing for or commencing a jury trial for a dispute the Parties have agreed to settle.

For these reasons, the Parties respectfully ask the Court to find good cause shown, and to stay this action and continue for forty-five (45) days the jury trial currently scheduled to commence on December 5, 2023.

| | |
|---|---|
| Dated: November 29, 2023 | LATHAM & WATKINS, LLP |
| | By:   /s Douglas E. Lumish |
| | Douglas E. Lumish (SBN 183863) |
| | *doug.lumish@lw.com* |
| | Jeffrey G. Homrig (SBN 215890) |
| | *jeff.homrig@lw.com* |
| | Patricia Young (SBN 291265) |
| | *patricia.young@lw.com* |
| | 140 Scott Drive |
| | Menlo Park, California 94025 |
| | Telephone: (650) 328-4600 |
| | Facsimile: (650) 463-2600 |
| | |
| | Michael Morin (*admitted pro hac vice*) |
| | *michael.morin@lw.com* |
| | 555 Eleventh Street, NW, Suite 1000 |
| | Washington, D.C. 20004-1304 |
| | Telephone: (202) 637-2200 |
| | Facsimile: (202) 637-2201 |
| | |
| | Joseph Lee (SBN 248046) |
| | *joseph.lee@lw.com* |
| | 650 Town Center Drive, 20th Floor |
| | Costa Mesa, CA 92626-1925 |
| | Telephone: (714) 540-1235 |
| | Facsimile: (714)755-8290 |
| | |
| | Julianne Osborne (SBN 342870) |
| | *julianne.osborne@lw.com* |
| | 505 Montgomery Street, Suite 2000 |
| | San Francisco, CA 94111 |
| | Telephone (415) 391-0600 |
| | Facsimile (415) 395-8095 |
| | |
| | *Attorneys for Defendant Balt USA, LLC* |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW

3

CASE NO. 8:19-cv-01335-JLS-KES
JOINT NOTICE OF SETTLEMENT AND
REQUEST TO CONTINUE JURY TRIAL

4882-9316-7508.v2

| | |
|---|---|
| Dated: November 29, 2023 | EVAN FINKEL<br>CALLIE A. BJURSTROM<br>BRYAN P. COLLINS<br>MICHAEL S. HORIKAWA<br>MICHELLE A. HERRERA<br>CHAZ M. HALES<br>CHLOE STEPNEY<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br><br>By:/s/ Evan Finkel<br>    Evan Finkel<br>Attorneys for Plaintiff<br>MICROVENTION, INC.<br><br>By:/s/ Yuri Mikulka<br>    Yuri Mikulka<br>Alston and Bird LLP<br>333 South Hope Street, 16th Floor<br>Los Angeles, CA 90071<br>213-576-1026<br>Fax: 213-576-1100<br>Email: yuri.mikulka@alston.com<br><br>Attorney for Plaintiff<br>MICROVENTION, INC.<br><br>[Additional counsel]<br><br>Michael S. Horikawa (SBN 267014)<br>michael.horikawa@pillsburylaw.com<br>Chaz M. Hales (SBN 324321)<br>chaz.hales@pillsburylaw.com<br>Chloe Stepney (SBN 334013)<br>chloe.stepney@pillsburylaw.com<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>725 South Figueroa Street, 36th Floor<br>Los Angeles, CA 90017<br>Tel: 213.488.7100/Fax: 213.629.1033<br><br>Bryan P. Collins *(admitted pro hac vice)*<br>bryan.collins@pillsburylaw.com<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>1650 Tysons Boulevard, Suite 1400<br>McLean, VA 22102-4856<br>Telephone: 703.770.7538<br>Facsimile: 703.770.7901 |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW

4

CASE NO. 8:19-cv-01335-JLS-KES
JOINT NOTICE OF SETTLEMENT AND
REQUEST TO CONTINUE JURY TRIAL

4882-9316-7508.v2

COLIN T KEMP (SBN 215408)
colin.kemp@pillsburylaw.com
CHRISTOPHER EDWARD STRETCH (SBN 166752)
christopher.stretch@pillsburylaw.com
ALEKZANDIR MORTON (SBN 319241)
alekzandir.morton@pillsburylaw.com
JOHN JOSEPH STEGER (SBN 341299)
john.steger@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
4 Embarcadero Center
San Francisco, CA 94111
Telephone: 415-983-1918
Facsimile: 415-983-1200

RANJINI ACHARYA (SBN 290877)
ranjini.acharya@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
2550 Hanover Street
Palo Alto, CA 94304
Telephone: 650-233-4085
Facsimile: 650-233-4545

KENNETH W. TABER *(admitted pro hac vice)*
kenneth.taber@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
31 West 52nd Street
New York, NY 10019
Telephone: 212-858-1813
Facsimile: 212-858-1500

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-4.3.4(a)(2) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained.

/s/ Douglas E. Lumish
Douglas E. Lumish