UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  8:19-cv-01335-JLS-KES                                              Date: March 01, 2024
Title:  Microvention, Inc. v. Balt USA, LLC

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Charles A. Rojas | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**PROCEEDINGS:  (IN CHAMBERS)  ORDER TO SHOW CAUSE WHY THE STAY IN THIS ACTION SHOULD NOT LIFT**

On November 30, 2023, in acknowledgement of the parties' representations that they had reached a settlement, the Court vacated the trial date and ordered that the action would be deemed stayed after the parties were able to represent that the settlement had received the necessary approval.  (*See* Order on Notice of Settlement, Doc. 359.)  The parties provided the requisite representation, the action was deemed stayed, and the parties requested 45 days to execute a definitive agreement and dismiss the action.  (*See* Joint Status Report, Doc. 360.)  Then in January 2024, the parties requested an additional 30 days to finalize their settlement agreement; the Court granted that request and set February 16, 2024, as the new deadline for notice of a final settlement agreement.  (*See* Joint Motion to Extend the Stay, Doc. 361; Order Granting Extension, Doc. 362.)  It is now February 28, 2024, and the parties have not filed a notice of a finalized settlement agreement or requested that the stay be further extended.  Therefore, the parties are ORDERED to show cause why the stay should not lift.  The parties shall respond in writing, in the form of a joint status report, not to exceed three (3) pages.  The status report is due within **five (5) days** of the issuance of this order.

Initials of Deputy Clerk: cr