JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROVENTION, INC., | Case No. 8:19-cv-01335-JLS-KES |
| Plaintiff, | **ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE (Doc. 371)** |
| v. | |
| BALT USA, LLC, | |
| Defendant. | |
| AND RELATED COUNTERCLAIMS | |

Pursuant to the parties' Stipulation of Dismissal (Doc. 371), IT IS HEREBY ORDERED as follows:

(1) the above action, including all claims and counterclaims, is hereby dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a); and

(2) MicroVention, Inc. ("MVI") and Balt USA, LLC ("Balt") shall each bear their own attorneys' fees, costs, and expenses, except for obligations to pay pursuant to an existing Order of the Court or agreement reached by MVI and Balt.

DATED: April 9, 2024

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE